IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:97CR45 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ROBERT LEE WEASELHEAD, JR., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Robert Lee Weaselhead, Jr.'s ("Defendant") motion to continue disposition hearing, Filing No. 139, because Defendant's sentencing in state court has been continued to October 6, 2006.

IT IS ORDERED that Defendant's motion is granted and the disposition hearing is rescheduled to **October 20, 2006, at 11:30 a.m.**, before the undersigned in Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 18th day of September, 2006.

BY THE COURT:

s/Joseph B. Bataillon
JOSEPH F. BATAILLON
United States District Judge